| | |
|---|---|
| DATE: March 25, 2021 | **UNITED STATES DISTRICT COURT** |
| REPLY TO ATTN OF: Jenni_fer | # memorandum |

SUBJECT: Possibly Related Case
          CASE NUMBER: 1:21-pt-9
          CASE CAPTION: USA v. Colbert

TO:     Magistrate Judge Kent

According to the PROB22 Transfer of Jurisdiction, the indicates this case is related to the cases listed below:

Judge Neff           Case Number 1:18-cr-140-10

                                      Case Number

                                      Case Number

**X** Case is related     ____ Case is not related

Per probation: Mr. Colbert was on federal supervision in the Central District of California. While under supervision in their case, he was indicted here in the WDMI. He was found guilty by a jury last week and Judge Maloney will be sentencing him on his new criminal conduct. Central District of California has already done a 12C on him and there is an existing warrant in their case. The charges for the TSR violation are basically his new charges here. They are requesting we assume jurisdiction of their case so he can be sentenced on both matters at the same time.

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: 3/29/2021                    _[signature]_
                                                Signature

✓ Direct assignment performed            _ym_      03/29/2021
____ Random assignment performed     Initials     Date

07/15